SCANNED

**COMPLAINT SYNOPSIS**
October 28, 2008

08- mj-139- H

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2008 OCT 28 P 2: 16

DEPUTY CLERK

**Name:**  Dingle-Jones, Anthony

**Address (City and State Only):**  Boston, Massachusetts

**Year of Birth:**  1983       **Age:**  24

**Violation:**  Possession with Intent to Distribute 5 grams or more of cocaine base, 21 USC 841(a)(1).

**Penalty:**  At least 5 years but not more than 40 years imprisonment; fine not to exceed $2,000,000, or both (21 USC 841(b)(1)(B))

**Supervised Release:**
At least 4 years but no more than life.  21 U.S.C. § 841(b)(1)(C).

**Maximum Term of Imprisonment
for Violation of Supervised Release:**
Not more than 3 years.  18 U.S.C. § 3583(e)(3).

**Maximum Additional Term of Supervised Release
for Violation of Supervised Release:**
Life less any term of imprisonment that was imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).

**Defendant's Attorney:** To be determined.

**Detention Status:**  Detained.

**Foreign National:**  No.

**Consular Notification Provided:**  N/A

**County:**  Androscoggin

**SAUSA:**  Jamie Guerrette

**Primary Investigative Agency and Case Agent:**  DEA/HIDTA; SA Michael Dumond.

**Guidelines:**  Yes

**Victim Case:**  No

**Organizational Victims Owed Restitution:**     None

**Felony Assessments:**          $100

**Caption of Any Related Search Warrants:**     N/A