AO 442 (Rev. 10/03) Warrant for Arrest

SCANNED

# UNITED STATES DISTRICT COURT

District of Maine

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2008 OCT 28 P 2: 19

DEPUTY CLERK

UNITED STATES OF AMERICA
V.
ANTHONY DINGLE-JONES

**WARRANT FOR ARREST**

Case Number: 08-mj-132-H

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     ANTHONY DINGLE-JONES
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

Possession with the Intent to Distribute 5 grams or more of cocaine base

in violation of Title    21    United States Code, Section(s) 841(a)(1)

D. BROCK HORNBY
Name of Issuing Officer

U.S. DISTRICT JUDGE
Title of Issuing Officer

[signature] D. Brock Hornby
Signature of Issuing Officer

10/28/08    PORTLAND, ME
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

◯ 442   (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Anthony Dingle-Jones

ALIAS: Anthony Jones

LAST KNOWN RESIDENCE: 201 W Broadway, Apartment B, South Boston, Massachusetts

LAST KNOWN EMPLOYMENT: Unknown

PLACE OF BIRTH: Unknown

DATE OF BIRTH: 11/03/1983

SOCIAL SECURITY NUMBER:

HEIGHT: 6'1         WEIGHT: 250

SEX: M              RACE: B

HAIR: BK            EYES: BR

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: Tattoo - left arm


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: DEA / HIDTA